Michael A. AQUINO, Respondent,

v.

**DIRECTOR OF REVENUE, Appellant.**

No. ED 83287.

Missouri Court of Appeals,
Eastern District,
Division Two.

May 18, 2004.

Ryan Sertels, Jefferson City, MO, for appellant.

Tami A. Milligan, Robert W. Miller (co-counsel), St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

### *ORDER*

PER CURIAM.

The Director of Revenue appeals the judgment reinstating Michael Aquino's driver's license.

We have reviewed the parties' briefs and the record on appeal and find no error of law. The judgment is supported by substantial evidence and is not against the weight of the evidence. An extended opinion would have no precedential value. We affirm the judgment under Rule 84.16(b).